UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LEWIS, as Next Friend
of JAMAL LEWIS,

        Plaintiff,

                                            Case No. 03-CV-74509
vs.                                          HON. GEORGE CARAM STEEH

WOLVERINE PIZZA, L.L.C. d/b/a
PIZZA HUT - WOLVERINE PIZZA, et al.,

        Defendants.
_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF
DEFAULT (#58) AGAINST DEFENDANT LA-VAN HAWKINS

       For the reasons set forth on the record at a January 30, 2006 hearing, and consistent with Magistrate Judge Capel's October 18, 2005 Order requiring defendant La-Van Hawkins to provide responses to plaintiff's interrogatories within 15 days, and the court's November 7, 2005 Order granting Hawkins 30 days to secure substitute counsel, plaintiff's motion for entry of default against defendant La-Van Hawkins is hereby GRANTED.  The Clerk of the Court is hereby directed to enter defendant La-Van Hawkins default.  Fed. R. Civ. P. 37(b)(2), (d); Fed. R. Civ. P. 55.

       SO ORDERED.

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated: January 30, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 30, 2006, by electronic and/or ordinary mail.

                                            s/Josephine Chaffee
                                            Secretary/Deputy Clerk